UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER BRUCE ANDERSON, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of the Social ) <br> Security Administration, ) <br> ) <br> *Defendant*. ) <br> _____) | CASE NO.   CV14-05137-BJR <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT |

## **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT**

The Court, having reviewed Plaintiff's [1] Complaint and [15] Opening Brief, [20] the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge, and the balance of the record, does hereby find that:

(1) The Magistrate Judge correctly concluded that Plaintiff failed to establish error in the ALJ's determination that Plaintiff did not qualify for disability insurance benefits. Plaintiff did not object to the Magistrate Judge's Report and Recommendation;

1

(2)     The Court adopts the Report and Recommendation;

(3)     Accordingly, Plaintiff's Complaint is DISMISSED and this case is CLOSED.

(4)     The Clerk of the Court is respectfully directed to send copies of this Order to Plaintiff, Defendant, and to Judge Creatura.

**IT IS SO ORDERED.**

DATED this 1st day of October, 2014.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE